

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00254-CV

**IN THE INTEREST OF K.G.S.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-PA-00919
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against the appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20. *See* TEX. R. APP. P. 20.1(b).

SIGNED August 20, 2025.

_____
Lori I. Valenzuela, Justice